IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00407-001BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GABRIEL EDWARD KASSEBAUM, | ) | |
| | ) | WITHDRAWAL OF WRIT OF |
| Defendant, | ) | GARNISHMENT |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CITIZENS BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

On August 15, 2018, a Writ of Garnishment was issued in this case [D.E. #39], based on an Application for Writ of Garnishment filed by the United States of America on August 13, 2018 [D.E. #35]. The United States of America has now withdrawn its Application for Writ of Garnishment and requested that the Writ of Garnishment be withdrawn. The Writ of Garnishment filed in this matter is hereby withdrawn and is of no further legal consequence.

This 21 day of September, 2018.

PETER A. MOORE, JR.
Clerk, U. S. District Court